# Third District Court of Appeal

## State of Florida

Opinion filed August 23, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2075
Lower Tribunal No. 21-110-A-K
_____

**Madison Megerle,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe, Mark H. Jones, Judge.

Madison Megerle, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.